**STATE**

v.

**Genice HANNON.**

**No. 79–112–C.A.**

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts, II, Atty. Gen., for plaintiff.

### ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Friday, June 20, 1980 at 9:30 a. m. for oral argument.

**STATE**

v.

**Theodore A. BROWN.**

**No. 80–69–C.A.**

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

John F. Sheehan, Providence, for defendant.

### ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Friday, June 20, 1980 at 9:30 a. m. for oral argument.

**STATE**

v.

**Joel W. JENISON.**

**No. 80–98–C.A.**

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

Keven A. McKenna, Richard A. Pacia, Providence, for defendant.

### ORDER

The defendant's motion to dismiss the appeal is denied without prejudice to his renewing his arguments in support of dismissal in his brief and at oral argument.